UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRODERICK HODGE #352426,

    Plaintiff,

Case No. 1:18–cv–359

v.

Hon. Janet T. Neff

UNKNOWN NICHOLASON, et al.,

    Defendants.
_____/

## ORDER

    Upon review of the matter, Plaintiff's motion (ECF No. 82) for leave to file a revised response to Defendant's motion for summary judgment (ECF No. 75) is granted. The proposed amended response (ECF No. 83) is accepted as filed.

    IT IS SO ORDERED.

Dated:  December 4, 2019

    /s/ Sally J. Berens
    SALLY J. BERENS
    U.S. Magistrate Judge