UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRODERICK HODGE,

    Plaintiff,

v.

COREY GRAHN, et al.,

    Defendants.

_____/

Case No. 1:18-cv-359

HON. JANET T. NEFF

## **ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff filed a Motion for Summary Judgment (ECF No. 66). Defendant Nicholason (later identified as, "Brian Nicholson") filed a Motion for Summary Judgment (ECF No. 75). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 21, 2020, recommending that this Court grant Defendant's motion, deny Plaintiff's motion, and dismiss Plaintiff's complaint with prejudice. The Magistrate Judge further recommended that an appeal would not be taken in good faith. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 92) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 75) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 66) is DENIED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: March 20, 2020                               /s/ Janet T. Neff
                                                    JANET T. NEFF
                                                    United States District Judge